# EXHIBIT G

VIA CERTIFIED MAIL
VIA EMAIL (dwilkerson@vwlawfirm.com)

Nueva Vida Media LLC

c/o Marc Angelo Garcia
410 Mont Vale Rd
Lyman, SC 29365

The Van Winkle Law Firm

c/o C&J Software Solutions Inc
422 South Main St.
Hendersonville, NC 28739

---

### Re: ALLEGED Infringement of "PowerChurch Software" Trademark, Reg. No. 5862646 and "PowerChurch Plus!", Reg No. 1412159

**C&J Software Inc and Representative,**

On Friday August 4, 2023 we received a certified letter demanding a cease and desist on your part for the alleged infringement of the trademark of "PowerChurch Software" and "PowerChurch Plus!" Until receipt of this letter we were not aware of any trademark registered or any company providing the services we provide to non-profits namely churches. We were until now unaware of your company.

We are not a software company, we are implementors of technology that include web site design and the use of tertiary software being implemented to provide churches with the services we help them with. Your company is a software development company with sole purpose of a church management system.

Furthermore our service offering is named "iPowered Church" which stands for independently powered church. Your registered trademark is "PowerChurch Software" and "PowerChurch Plus!". Our focus it to help the church own their own data not have someone host it for them and thereby own the data, which is something you offer. The goal is for our church clients to eliminate the middleman in everything involving their digital footprint; thereby eliminating the chains that bind them. As well as giving them the full protection of the 501C3 protection of data.

We find it very difficult to confuse our companies and services due to the above as well as our social media presence is much greater than yours. As of this date your Instagram following is non-existant. As well your Facebook page has a mere 32 likes and 40 followers (https://www.facebook.com/PowerChurchSoftware). Our Facebook currently has 673 likes and 670 followers. Our Instagram account has 532 followers.

In addition to the above over reach of your claim, The Lanham Act provides for a cause of action for infringement of both registered and unregistered trademarks. (15 USC Section 1114(1)(a); 15 USC Section 1125(a)(1)A).) The 9th Circuit Court of Appeals has laid out some elements to help determine whether it creates an infringement lawsuit.

The complaining party must prove that a mark is similar, **and** it was used without the consent of the moving party in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the goods. The likelihood of confusion can occur at the time of the sale, when there is initial interest by a consumer, or even after the sale, if the confusion causes a consumer to no longer buy a service or product connected to the mark.

Because of the 9th Circuit Court ruling and delineation, it would appear that it would benefit your company to be associated with us not hinder. Although there is no association between our services. Instead of reaching out and seeing how we as an implementor can work together with you – your choice was to attempt to stifle free enterprise and competition with a over-reach of your trademark usage.

The court also considers things like the strength of the original mark, the similarity, the proximity of the products and marketing channels, whether there's actual confusion, the defendant's intent, the quality of respective products, and the sophistication of the customers. (Polaroid Corp. v. Polard Elecs. Corp. 287, F.2d. 492, 495 (2d Cir. 1961.). To this – we reside in separate states, your original mark is nowhere resembling ours, as well your original mark is for "PowerChurch Software" we are simply "iPoweredChurch". Your trademark makes no claims to font or color of which we do not infringe on either. Furthermore the fact of you registered "PowerChurch Software" and then also registered "PowerChurch Plus!" Indicates that the US Patent and Trademark office determined significant difference between the two. We believe that they will have the same finding between our "iPoweredChurch" and your trademark.

In summary, we will not cease and desist to use "iPowered Church" as a service offering name, however as a courtesy and offer to resolve this as the clients we represent (Christians) we will add to our website on the footer "we have no association, affiliation, or endorsement from or for Power Church Software or their services". We will do this upon your acceptance of this as a resolution and retain it there for 3 years.

If you would like to continue with this over-reach of your trademark – please advise us so that we can notify our attorney on record and begin to document expenses for attorney fees on our countersuit. If the above solution is acceptable, please advise in writing (email or certified letter) and we will continue forward with business and desire the best for your company. Perhaps we can help you with your website which appears to not have refreshed in design since Dec. 27, 2009 (per web.archive.org). You can visit our B2B service site on https://NuevaVida.media.

Thank you and may God continue to richly bless you and your company.

_Marc Garcia_
_____
Nueva Vida Media LLC
Dr. MarcAngelo Garcia
President Nueva Vida Media LLC
8/8/2023