THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00201-MR-WCM

| | |
|---|---|
| C&J SOFTWARE SOLUTIONS, INC., ) ) Plaintiff, ) ) vs. ) ) ) NUEVA VIDA MEDIA, LLC and ) MARC ANGELO GARCIA, ) ) Defendants. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court *sua sponte* following the filing of an Answer [Doc. 6] by Nueva Vida Media, LLC ("Nueva Vida") and Marc Angelo Garcia ("Garcia").

The Defendants are advised that, as a limited liability company, Nueva Vida can appear in federal court only through a licensed attorney. See Gilley v. Shoffner, 345 F. Supp. 2d 563, 566-67 (M.D.N.C. 2004). Mr. Garcia is not a licensed attorney; therefore, he cannot proceed on Nueva Vida's behalf in this matter. See Murray v. Singhi, C/A No. 0:09-451-PMD-PJG, 2009 WL 2447987, at *4-5 (D.S.C. Aug. 7, 2009) (noting that pro se litigants generally cannot represent corporations, partnerships, unincorporated associations, or estates in a civil action).

**IT IS, THEREFORE, ORDERED** that:

1. The Defendants' Answer [Doc. 6] is **STRICKEN**.

2. The Defendant Nueva Vida Media, LLC shall have thirty (30) days from the entry of this Order to retain counsel and for a notice of appearance by such counsel to be made in this matter. The Defendant is advised that if counsel does not make an appearance within the time required, the Court may consider the entry of default against this Defendant.

3. The Defendant Marc Angelo Garcia shall have thirty (30) days from the entry of this Order to file his answer or otherwise respond to the Plaintiff's Complaint.

**IT IS SO ORDERED.** Signed: September 22, 2024

Martin Reidinger
Chief United States District Judge